IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00126-PSF-MJW

FRESH STORM PUBLICATIONS, LLC, a North Dakota limited liability company,

    Plaintiff,

v.

WWW.COLLEGEDEGREEREVIEW.NET,  an Internet domain name,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion to Vacate and Reschedule Scheduling Conference (Dkt. # 14), filed March 9, 2006.  In light of plaintiff's motion, the Court hereby ORDERS that the scheduling conference scheduled for Thursday **March 16, 2006 at 10:30 a.m.** is RESET as a status conference, at which time the Court will determine whether and/or when to reschedule the scheduling conference. The deadline for submitting a Proposed Joint Scheduling Order is VACATED. Plaintiff's motion (Dkt. # 14) is thus hereby GRANTED.

    DATED: March 10, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____

                                              Phillip S. Figa
                                              United States District Judge