IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00126-PSF-MJW

**FRESH STORM PUBLICATIONS, LLC**, a North Dakota limited liability company,

    Plaintiff,

v.

**WWW.COLLEGEDEGREEREVIEW.NET**, an Internet domain name,

    *In rem* Defendant.

---

**ORDER GRANTING MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE** ( Docket no 26 )

---

Before the Court is the motion by Plaintiff Fresh Storm Publications, LLC ("Fresh Storm") to vacate and reschedule the Settlement Conference currently set for June 6, 2006, and being fully advised of the premises, the Motion is **GRANTED**, and the Court hereby **ORDERS** as follows:

- The current Settlement Conference, set for June 6, 2006, is vacated.
- Counsel for the parties shall appear before the Court on August 15, 2006, at 10:30 a.m. for purposes of a Settlement Conference.
- A confidential settlement statement shall be submitted to the magistrate judge's chambers by August 8, 2006.
- The Court's prior instructions with respect to attendance at the Settlement Conference continue to apply.

Dated: MAY 30 2006

FOR THE COURT:

*[signature]*
The Hon. Michael J. Watanabe
U.S. Magistrate Judge

of 2