IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00126-PSF-MJW

FRESH STORM PUBLICATIONS, LLC, a North Dakota limited liability company,

   Plaintiff,

v.

WWW.COLLEGEDEGREEREVIEW.NET, an Internet domain name,

   *In rem* Defendant.

## DEFAULT JUDGMENT

Based on Plaintiff Fresh Storm Publications, LLC's ("Fresh Storm" or "Plaintiff"), Motion for Default Judgment (Dkt. # 31), pursuant to Rule 55(b)(2), F.R.Civ.P., and for good cause appearing, the Court GRANTS plaintiff's motion and finds as follows:

On February 2, 2006, control over the domain name COLLEGEDEGREEREVIEW.NET was deposited with the Court wherein the registrar of the domain name, DomainSite.com, stated that it "tender[ed] to the Court complete control and authority over the registrations for the domain name registration records."

Based on the record, Defendant COLLEGEDEGREEREVIEW.NET violated the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

Defendant COLLEGEDEGREEREVIEW.NET, and those acting for or on behalf of such Defendant, have failed to timely respond to the *In Rem* Complaint in this action and therefore are in default.

The Clerk of Court has entered the Default of Defendant COLLEGEDEGREEREVIEW.NET.

Accordingly, it is hereby ORDERED that:

Default Judgment is entered against the defendant domain name COLLEGEDEGREEREVIEW.NET.

DomainSite.com is ordered to transfer the registration of the defendant domain name COLLEGEDEGREEREVIEW.NET to Plaintiff Fresh Storm Publications, LLC.

DATED: July 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge